UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEAVER JARWAREN BOOKER,

         Plaintiff,

  -against-

SUFFOLK COUNTY POLICE
DEPARTMENT and COUNTY
OF SUFFOLK

         Defendants.
------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE**

CV05- 2097 (DRH) (ARL)

S I R S:

  IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys that the summons and complaint against the defendants, SUFFOLK COUNTY POLICE DEPARTMENT and COUNTY OF SUFFOLK, is hereby withdrawn and discontinued without prejudice.

Dated: August 30, 2005

_____
BRUNO, GERBINO & SORIANO, LLP
Attorneys for Plaintiff
445 Broad Hollow Road, Suite 220
Melville, New York 11747
(631) 390-0010
File No.: 21-3259

By: VINCENT F. GERBINO, ESQ.
  (VFG-0555)

_____
SUFFOLK COUNTY ATTORNEY, CHRISTINE MALFI
Attorneys for Defendants
100 Veterans Memorial Highway
Hauppauge, New York 11788
(631) 853-4049

By: BRIAN C. MITCHELL, ESQ.
  (BCM -1469)